**DOWNS RACING**

v.

**COMMONWEALTH**

**201 FR 2013**

Commonwealth Court of Pennsylvania.

10/12/2017

Board of Finance and Revenue, 1211315

Judgment Entered

**YUCHA, H.**

v.

**PENNDOT**

**1917 CD 2016**

Commonwealth Court of Pennsylvania.

10/12/2017

Northumberland County Civil Division, CV–16–1613

Affirmed

**SCHELLBACH, P.**

v.

**COLONIAL INTERMEDIATE UNIT #20**

**1732 CD 2016**

Commonwealth Court of Pennsylvania.

10/12/2017

Northampton County Civil Division, No. 2014–10173

Affirmed

**MARCUSKY, D.**

v.

**WCAB (WILLIAMSPORT AREA SD)**

**56 CD 2017**

Commonwealth Court of Pennsylvania.

10/13/2017

Workers' Compensation Appeal Board, A16–0595

Affirmed